IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COURTROOM MINUTES - CRIMINAL |
| ) | BEFORE: Tony N. Leung |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No:    25-cr-67 PJS/SGE |
| ) | Date:    February 26, 2025 |
| William Michael Haslach, ) | Courthouse:    Minneapolis |
| ) | Courtroom:    9W |
| Defendant, ) | Time Commenced:    1:47 p.m. |
| | Time Concluded:    1:49 p.m. |
| | Time in Court:    2 minutes |

APPEARANCES:

Plaintiff: Carla Baumel, Assistant U.S. Attorney
Defendant: Justin Duffy
    X Retained

Date Charges Filed: 2/25/2025        Offense: Receipt of child pornography; possession of child pornography; production of an obscene visual representation of child sexual abuse.

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Monday, March 3, 2025 at 3:00 p.m. before U.S. Magistrate Judge Douglas L. Micko in CR 6B (STP) for:
    X Detention hrg        X Arraignment hrg

X Government moves to unseal the case.        X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                    s/aln
                                                        Signature of Courtroom Deputy