UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The United States of America, | |
| Plaintiff, | 0:25-CR-00067 (PJS/SGE) |
| v. | **ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF ALL DATES AND DEADLINES, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| William Michael Haslach, | |
| Defendant. | |

This matter is before the Court on Defendant William Haslach's Motion for Extension of Dates and Deadlines (Dkt. 20) and Defendant's Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act (Dkt. 21), which seek a 6-week extension of the currently scheduled dates and deadlines. As grounds for the requested continuance, defense counsel states that an extension of at least six weeks is necessary to obtain and adequately review discovery, analyze and research anticipated Fourth Amendment issues, discuss potential resolution with the Government, and discuss the matter with the defendant to determine if pretrial motions are necessary. Defense counsel further states the United States Attorney's Office has informed counsel that additional discovery is likely still forthcoming as certain aspects of the case continue to be investigated. The Government has no objection to the request for a continuance. Having reviewed the Motion (Dkt. 20) and the Statement of Facts (Dkt. 21) and finding good cause, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as follows:

1. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **May 5, 2025**.

2. Counsel must electronically file a letter **on or before May 5, 2025**, if no motions will be filed and there is no need for hearing.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **May 19, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **May 22, 2025**, in accordance with Local Rule 12.1(c)(3)(B).

5. The Status Conference currently scheduled for **March 20, 2025,** is **CANCELED**.

6. The motions hearing is rescheduled and will be held on **May 27, 2025** at **9:00 a.m**.

7. The remainder of the dates and deadlines set by the initial scheduling order are vacated. Trial and trial-related dates will be set by separate Order.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all of the files and proceedings herein, including the facts set forth in the motion and the supporting documents. Accordingly, the period of time from **March 24, 2025,** the prior motions deadline, through **May 5, 2025,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

Dated: March 18, 2025
                                           *s/Shannon G. Elkins*
                                           Shannon G. Elkins
                                           United States Magistrate Judge